NUMBERS

13-05-078-CV

13-05-351-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

PUGET PLASTICS CORPORATION, ET AL.,                 Appellants,

 

                                           v.

 

E. I.
DUPONT DE NEMOURS AND COMPANY, ET AL.,    Appellees.

_________________________________________________________

 

                  On appeal from the 357th District Court

                          of Cameron
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                  Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellants, PUGET PLASTICS CORPORATION, ET AL., perfected an appeal from a
judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 2004-12-5926-E.  After the record was filed, appellants, PUGET
PLASTICS CORPORATION AND PUGET PLASTICS CORPORATION S.A. DE C.V.,  filed a motion to dismiss their appeal
against appellees, E. I. DUPONT DE NEMOURS AND COMPANY, ET AL.  Appellants, PUGET PLASTICS CORPORATION AND
PUGET PLASTICS CORPORATION S.A. DE C.V., 
state that they no longer wish to prosecute their appeal against
appellees, E. I. DUPONT DE NEMOURS AND COMPANY, ET AL.  The appeal between appellants, PUGET PLASTICS
CORPORATION AND PUGET PLASTICS CORPORATION S.A. DE C.V., and  appellees, E. I. DUPONT DE NEMOURS
AND COMPANY, ET AL., is severed from the original appeal and is docketed
under cause number 13-05-351-CV.

Having considered
appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The motion to dismiss
the appeal of appellants, PUGET PLASTICS CORPORATION AND PUGET PLASTICS CORPORATION
S.A. DE C.V., is hereby granted.  The
appeal as to appellants, PUGET PLASTICS CORPORATION AND PUGET PLASTICS
CORPORATION S.A. DE C.V., and  appellees,
E. I. DUPONT DE NEMOURS AND COMPANY, ET AL., in cause number
13-05-351-CV is ordered DISMISSED.        The remaining issues in the appeal will
remain docketed under cause number 13-05-078-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 16th day of June, 2005.